IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | | |
|---|---|---|
| **ERIQUE JERMAINE RICHARDSON (EL BEY),** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 21-cv-2445-JTF-tmp |
| **INTERNAL REVENUE SERVICE, et al.,** | ) ) ) | |
| Defendants. | ) | |

_____

### REPORT AND RECOMMENDATION
_____

On March 26, 2021, plaintiff Erique Jermaine Richardson (El Bey) filed a *pro se* complaint against the Internal Revenue Service, twenty-one other named defendants, and "John and Jane Does 1-25000."[1] (ECF No. 1.) When filing the complaint, Richardson requested designation as a miscellaneous action by the Clerk's Office, and he paid the $49.00 miscellaneous filing fee.[2] (ECF No. 1-1, at 1.) On July 1, 2021, the undersigned entered an order

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.

[2] Richardson's complaint initially received a miscellaneous case number. See Richardson (El Bey) v. Internal Revenue Service, et al., 2:21-mc-00005-JTF-tmp (W.D. Tenn.).

directing Richardson to pay the full civil filing fee or submit an application for leave to proceed *in forma pauperis*.[3] (ECF No. 6.) The order informed Richardson that failure to comply within thirty (30) days from the entry of the order would result in dismissal of the action. (Id. at 4.) As of August 4, 2021, Richardson has not paid the civil filing fee or submitted an application for leave to proceed *in forma pauperis*. Accordingly, it is recommended that the complaint be dismissed.

    Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

August 4, 2021
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**

---

[3]The order also directed the Clerk to refund Richardson's $49.00 miscellaneous filing fee and to assign the action a civil case number to be utilized for docketing all future filings. (ECF No. 6, at 4.)